IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

(Tucson Division)           **CRIMINAL MINUTES**

<u>10  </u> / <u> 3469 </u> / <u> 1  </u>          Date: <u>  March 13, 2013  </u>
Yr      Case No.  Dft#

<u> X </u> Hon. <u> RANER C. COLLINS   #7024  </u>

USA v. <u>       Randy    Robert    Canine                      </u>
          First Name         Middle Name         Last Name
DEFENDANT: <u>X  </u> Present   <u>    </u> Not Present  <u> X </u> Released <u>   </u> Custody <u>    </u> Writ

Deputy
Clerk: <u>Maureen Gorski            </u>       Crt Rptr: <u>Erica Grund         </u>

U. S. Atty: <u>Carmen Corbin/Carin Duryee</u>  Dft Atty: <u>Steven West, CJA </u>
                                         <u> x </u> pres    <u>x </u> appt.    <u>  </u> ret'd
Intrptr: <u>    N/A                  </u>
================================================================

**PROCEEDINGS:**   <u>  XX   </u> Open Court    <u>       </u> Chambers      <u>       </u> Other

HEARING ON OBJECTIONS TO REPORT AND RECOMMENDATION:

<u>      Counsel present arguments to the Court.                         </u>

<u>      **IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation (Doc.</u>

<u>73).                                                                  </u>

<u>      **IT IS FURTHER ORDERED GRANTING** Defendant's Motion to Suppress (Doc. 48).</u>

Excludable delay purs to 18:3161<u>             </u> to commence on<u>              </u>
and terminate on <u>                                                     </u>

Start time: <u>  1:30 p.m.   </u>   Stop time: <u> 2:29 p.m. </u>    Motion hrg: <u>  59 min. </u>